**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UMERO SALDANA,<br><br>      Petitioner<br><br>v.<br><br>DAVID E. ORTIZ, et al.,<br><br>      Respondents | Civil No. 20-6269 (RMB)<br><br><br>OPINION |

**BUMB, District Judge**

    Petitioner Umero Saldana, whose last known address is FCI Fort Dix in Fort Dix, New Jersey, filed this petition for writ of habeas corpus under 28 U.S.C. § 2241 on or around May 18, 2020. (Pet., ECF No. 1.) A search of Petitioner's records indicates that Petitioner transferred to another facility. However, Petitioner has not advised the Court of his new address.

I.    DISCUSSION

    Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

    Dismissing a matter without prejudice is an appropriate remedy for noncompliance with this rule. See Archie v. Dept. of

Corr., Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases).

II. CONCLUSION

The Court will dismiss this case without prejudice pursuant to Local Rule 10.1. An appropriate order follows.

Dated: April 1, 2023

                                                 **RENÉE MARIE BUMB**
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**